AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRENDA ARTHUR,

*Plaintiff*  )
)
v.  )  Civil Action No. CV-12-00365-LRS
WHITMAN COUNTY and JOE REYNOLDS  )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge  LONNY R. SUKO  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date: 07/18/2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Laurie McClure
*(By) Deputy Clerk*